No. 16-35897
No. 16-35936
No. 16-35982
(Consolidated)

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

OTR WHEEL ENGINEERING, INC.,
BLACKSTONE/OTR, LLC, and F. B. T. ENTERPRISES, INC.

Plaintiffs/Appellees/Cross-Appellants, Cross-Appellees,

vs.

WEST WORLDWIDE SERVICES, INC.,
SAMUEL J. WEST, individually, and his marital community, SSL CHINA, LLC; QINGDAO STW TIRE CO. LTD.; and SSL HOLDINGS, INC.

Defendants/Appellants/Cross-Appellees, Cross-Appellants.

APPEAL FROM THE U.S. DISTRICT COURT FOR EASTERN DISTRICT OF WASHINGTON, SPOKANE, NO. 2:14-CV-00085-LRS

**MOTION TO DISMISS CROSS-APPEAL**

Robert J. Carlson
LEE & HAYES PLLC
One Convention Place
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001
bob@leehayes.com

Joel D. Bertocchi
HINSHAW & CULBERTSON LLP
222 North LaSalle St.
Suite 300
Chicago, IL 60601
(312) 704-3000
jbertocchi@hinshawlaw.com

*Attorneys for Appellees / Cross-Appellants*

.

Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC and F.B.T. Enterprises, Inc. (collectively "OTR") move for the dismissal of appeal No. 16-35982, the cross-appeal (from a cross-appeal filed by OTR) filed by Defendants West Worldwide Services, Inc., Samuel J. West, SSL China, LLC, Qingdao STW Tire Co., Ltd. and SSL Holdings, Inc. (collectively "West"). In support of this motion, undersigned counsel states as follows:

These consolidated appeals arise from a case in which OTR pursued trademark, trade dress, and other related claims against West in connection with the manufacture and sale of tires used in construction equipment. A jury awarded OTR more than $950,000, but ruled against OTR on certain registered trade dress infringement claims.

West initially timely appealed the resulting judgment in appeal No. 16-35897. OTR timely cross-appealed to challenge the adverse verdicts and related District Court rulings on OTR's trade dress infringement claims, including the District Court's denial of a motion seeking a new trial, in appeal No. 16-35936. West then timely cross-appealed OTR's cross-appeal in appeal No. 16-35982. In its notice of cross-appeal (ECF Doc. # 617), attached as

an exhibit to this motion, West indicated that it intended to challenge "all orders entered by the District Court in favor of Plaintiffs and against Defendants with respect to Plaintiffs' Lanham Act trade dress infringement claims," including certain jury instruction and evidentiary rulings that had been favorable to OTR. This Court ultimately consolidated all three appeals. See Appellate ECF Doc. # 23.

West's cross-appeal in No. 16-35982 appeared to be premised on an assumption that this Court had granted OTR a new trial on its infringement claims (as OTR requested in its cross-appeal), as the rulings it listed in its notice of cross-appeal would be moot if the Court declined to do so. But in its most recent brief, Appellate ECF Doc. # 55, the third brief on cross-appeal (which should have been the opening brief for West's cross-appeal No. 16-35982) West raised no arguments related to the issues listed in its notice for that appeal, and did not include any other new arguments, including any premised on a new trial on infringement. Instead West merely responded to OTR's own cross-appeal arguments (in 16-35936) and replied on its own initial appeal arguments (in 16-335897).

3

Because it thus appears that West has abandoned its cross-appeal, No. 16-35982, that appeal should be dismissed.

Respectfully submitted,

/s/ *Joel D. Bertocchi*

Robert J. Carlson
LEE & HAYES, PLLC
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001
bob@leehayes.com

Joel D. Bertocchi
HINSHAW & CULBERTSON, LLP
222 North LaSalle St.
Suite 300
Chicago, IL 60601
(312) 704-3000
jbertocchi@hinshawlaw.com

Attorneys for Plaintiffs/
Appellees/Cross-Appellants

CERTIFICATE OF SERVICE

I certify that on June 5, 2017 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Joel D. Bertocchi*

John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
LIVENGOOD ALSKOG, PLLC
121 Third Avenue, P.O. Box 908
Kirkland, WA 98083-0908
Ph: 425-822-9281
Fax: 425-828-0908
Email: white@livengoodlaw.com
Email: hansen@livengoodlaw.com
Counsel for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OTR WHEEL ENGINEERING, INC., BLACKSTONE/OTR, LLC, and F. B. T. ENTERPRISES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, individually, and his marital community; SSL HOLDINGS, INC.; SSL CHINA LLC; and QINGDAO STW TIRE CO. LTD.,<br><br>Defendants. | NO.   2:14-CV-085-LRS<br><br>**NOTICE OF CROSS-APPEAL OF DEFENDANTS WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, SSL HOLDINGS, INC., SSL CHINA LLC AND QINGDAO STW TIRE CO. LTD.'S** |

Defendants West Worldwide Services, Inc., Samuel J. West, SSL Holdings,

Inc., SSL China LLC and Qingdao STW Tire Co. Ltd. hereby cross-appeal to the

United States Court of Appeals for the Ninth Circuit from all orders entered by the

DEFENDANTS' NOTICE OF
CROSS-APPEAL - 1

District Court in favor of Plaintiffs and against Defendants with respect to Plaintiffs' Lanham Act trade dress infringement claims, including the following:

The Final Jury Instructions, including, but not limited to, Instruction No. 15 (ECF No. 500), entitling Plaintiffs to a presumption of secondary meaning, and the Court's orders underlying those instructions, together with interlocutory decisions, rulings, and orders subsidiary thereto, related to, supportive of, or necessary to said orders, including, by way of example, the Court's Order denying Defendants' *Daubert* motion to exclude Plaintiffs' proffered expert, Antonio Sarabia, ECF No. 314, the Court's order overruling the Defendant's objection to the presumption of secondary meaning instruction raised in ECF No. 489 (Defendants Objections to Proposed Jury Instructions filed June 28, 2016), the Court's denial of Defendants' objection to Plaintiffs' proposed conflation of all Plaintiffs as a single entity, "OTR", during the trial despite the fact that the individual Plaintiffs are subject to different burdens of proof and/or lack standing to bring this action; the Court's refusal to adopt Defendants' proposed instruction Nos. 30 and 31 (from Defendants' proposed jury instructions, ECF No. 418),  all pretrial rulings, rulings on motions in limine, evidentiary rulings made from the bench at the pretrial conference or during the course of trial (whether or not before

DEFENDANTS' NOTICE OF
CROSS-APPEAL - 2

LIVENGOOD ALSKOG
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON  98083-0908
PHONE: (425) 822-9281   FAX: (425) 828-0908

the jury), preliminary jury instructions, the verdict form and any related orders or rulings.

Date: November 18, 2016        /s/ Christine Lebrón-Dykeman
R. Scott Johnson
Christine Lebrón-Dykeman
Jonathan L. Kennedy
MCKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Ste. 3200
Des Moines, IA 50309
Ph: 515-288-3667
Fax: 515-288-1338
Email: scott.johnson@ipmvs.com
Email: christine.lebron-dykeman@ipmvs.com
Email: jonathan.kennedy@ipmvs.com

John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
LIVENGOOD ALSKOG, PLLC
121 Third Avenue, P.O. Box 908
Kirkland, WA 98083-0908
Ph: 425-822-9281
Fax: 425-828-0908
Email: white@livengoodlaw.com
Email: hansen@livengoodlaw.com

Counsel for Defendants

DEFENDANTS' NOTICE OF CROSS-APPEAL - 3

LIVENGOOD ALSKOG
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON 98083-0908
PHONE: (425) 822-9281    FAX: (425) 828-0908

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

J. Christopher Lynch
Geana M. Van Dessel
Rhett V. Barney
LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, WA  99201
Email:  chris@leehayes.com
Email:  geanav@leehayes.com
Email:  rhettb@leehayes.com

Robert J. Carlson
LEE & HAYES, PLLC
One Convention Place
701 Pike St., Ste. 1600
Seattle, WA  98101
Email: bob@leehayes.com

Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, And F. B. T. Enterprises, Inc.

       /s/ Christine Lebrón-Dykeman

DEFENDANTS' NOTICE OF CROSS-APPEAL - 4

LIVENGOOD ALSKOG
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON  98083-0908
PHONE: (425) 822-9281  FAX: (425) 828-0908