No. 16-35897
No. 16-35936
No. 16-35982

---

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

OTR WHEEL ENGINEERING, INC.,
BLACKSTONE/OTR, LLC, and F. B. T. ENTERPRISES, INC.

Plaintiffs/Appellees/Cross-Appellants, Cross-Appellees

vs.

WEST WORLDWIDE SERVICES, INC.,
SAMUEL J. WEST, individually, and his marital community,
SSL CHINA, LLC; QINGDAO STW TIRE CO. LTD.; and
SSL HOLDINGS, INC.

Defendants/Appellants/Cross-Appellees, Cross-Appellants.

---

APPEAL FROM THE U.S. DISTRICT COURT FOR EASTERN
DISTRICT OF WASHINGTON, SPOKANE, NO. 2:14-CV-00085-LRS

---

**APPELLEES' REPLY IN SUPPORT OF
MOTION TO DISMISS CROSS-APPEAL**

---

Robert J. Carlson
LEE & HAYES PLLC
One Convention Place
701 Pike Street,
Suite 1600
Seattle, WA 98101
(206) 315-4001
bob@leehayes.com

Joel D. Bertocchi
HINSHAW & CULBERTSON LLP
222 North LaSalle St.
Suite 300
Chicago, IL 60601
(312) 704-3000
jbertocchi@hinshawlaw.com

*Attorneys for Appellees / Cross-Appellants*

By its Response, Dkt. Entry 63, West has consented to OTR's Motion to Dismiss, Dkt. Entry 62, which asks that the Court dismiss, as abandoned, the cross-appeal filed by West (from a cross-appeal filed by OTR).

In order to ensure that the record is clear, OTR briefly replies to clarify any confusion that may arise from the statement in West's Response, Dkt. Entry 63 at 3, that "OTR's briefing failed to address or seek relief from the denial of a permanent injunction."

OTR disputes West's representation that the District Court "denied" OTR's request for a permanent injunction. Instead, having determined that it would maintain the preliminary injunction during appeal, the District Court ruled "[a]ccordingly, it is unnecessary to rule on a permanent injunction at this time. Moreover, it would be premature to do so until appeals are concluded . . . ." ECF No. 597, October 5, 2016. OTR believes it is clear the District Court deferred ruling on the permanent injunction until West's appeal and OTR's cross-appeal are concluded, and clear that West's reference to "denial of a permanent injunction" is mistaken.

West's Response includes other inaccuracies, but OTR does not believe those require address in this Reply.

Respectfully submitted this 19th day of June, 2017.

s/ *Robert J. Carlson*

Robert J. Carlson
LEE & HAYES, PLLC
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001
bob@leehayes.com

Joel D. Bertocchi
HINSHAW & CULBERTSON, LLP
222 North LaSalle St.
Suite 300
Chicago, IL 60601
(312) 704-3000
jbertocchi@hinshawlaw.com

Attorneys for Plaintiffs/
Appellees/Cross-Appellants

## CERTIFICATE OF SERVICE

I certify that on June 19, 2017 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Robert J. Carlson*